

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 29  AM 7:40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

THOMAS WILLIAMS, JR.                          CIVIL ACTION

VERSUS                                        NUMBER: 05-0206

N. BURL CAIN, WARDEN                          SECTION: "F"(5)


### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Thomas Williams, Jr. is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 25ᵗᵗ day of _November_,
2005.

_____
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
_X_ Dktd_____
__/ CtRmDep_____
____ Doc. No._____