UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS WILLIAMS, JR.                                    CIVIL ACTION

VERSUS                                                  NUMBER: 05-0206

N. BURL CAIN, WARDEN                                    SECTION: "F"(5)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**THE COURT FINDS** that Thomas Williams, Jr.'s notice of appeal was timely-filed.

New Orleans, Louisiana, this 19th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE